JS-6

| | |
|---|---|
| 1 | JULIE ARIAS YOUNG (State Bar No. 168664) |
| 2 | jyoung@yzblaw.com<br>LESTER F. APONTE (State Bar No. 143692) |
| 3 | laponte@yzblaw.com |
| 4 | YOUNG, ZINN & BATE LLP<br>888 South Figueroa Street, Fifteenth Floor |
| 5 | Los Angeles, California 90017 |
| 6 | Telephone:  (213) 362-1860<br>Facsimile:   (213) 362-1861 |
| 7 | |
| 8 | Attorneys for Defendant<br>UNIVERSITY OF SOUTHERN CALIFORNIA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILY MCALPINE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA; AINSLEY CARRY; ROBERT COOPER; TIMOTHY BESSOLO; ELIZABETH GARRETT; CHRYSOSTOMOS NIKIAS and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  CV 15-5307-GW(RAOx)<br><br>Assigned for all purposes to The Honorable George H. Wu<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   July 15, 2015 |

[PROP.] ORDER RE STIP. FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**1**  Pursuant to the parties' "Stipulation for Dismissal of Entire Action With
**2**  Prejudice," and good cause appearing therefor, IT IS HEREBY ORDERED that the
**3**  complaint and all claims alleged therein be and hereby are dismissed, with
**4**  prejudice.  Each party shall bear her or its own costs and attorneys' fees.

**6**  IT IS SO ORDERED.

**10**  Dated:  February 3, 2016         ____ *[signature: George H. Wu]* ____
**11**              Honorable George H. Wu
                United States District Judge